DEBORAH M. SMITH
Acting United States Attorney

J. THOMAS BARTLESON
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6554/6500
Fax:(907)353-6501

Attorneys for the Plaintiff

RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**GEORGIA EDITH BLACKBURN,**<br><br>Defendant | Case Number<br><br>**COUNT I**<br>Theft<br>(Class A Misdemeanor)<br>Violation of 18 U.S.C. § 641<br><br>**INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

That on or about the 1st day of February 2006, at or about the Main Post Exchange, on Fort Wainwright, Alaska, a military reservation acquired for the use of the United States and under the concurrent jurisdiction thereof, in the District of Alaska, the defendant, GEORGIA EDITH BLACKBURN, did steal from the Army and Air Force Exchange Service property of some value, to wit: Women's multivitamins, body lotion and several other female beauty products, in violation of 18 U.S.C. § 641.

Dated this __13th__ day of __April__, 2006, at Fairbanks, Alaska.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

*for* J. THOMAS BARTLESON
Special Assistant U.S Attorney