AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 4:06-cr-00020-TWH |
| GEORGIA EDITH BLACKBURN | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Room<br>326 |
|---|---|
| Before: TERRANCE W HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>May 18, 2006 at 9:00 a.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 641

Brief description of offense:
THEFT


| Ida Romack, Clerk of Court<br>Signature of Issuing Officer | April 13, 2006 Fairbanks, Alaska<br>Date and Location |
|---|---|
| by /s/ [signature], Deputy Clerk<br>Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501. Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]                           Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: **2055 Bridgewater Dr.**

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: **4/26/06**      **R. Johnson**
Date                          Name of United States Marshal

**11:29 AM**                  **D. Bennett**
                              (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.