MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __GEORGIA E. BLACKBURN__  CASE NO. __4:06-CR-00020-TWH__
Defendant: _X_ Present    _X_ On Summons

BEFORE THE HONORABLE        TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MADELINE SCHOLL

UNITED STATES ATTORNEY:     LT. EVE ZAMORA

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INFORMATION   Held: May 18, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:11 a.m. court convened.

_X_ Copy of Information given to defendant:(waived reading).

_X_ Defendant sworn. Stated true name GEORGIA E. BLACKBURN.

_X_ Defendant advised of general rights.  _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Financial Affidavit **FILED**.
  _X_ Federal Public Defender accepted appointment.

_X_ PLEA: Not Guilty to Count _1 of the Misdemeanor Information._

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Conditions of Release **FILED**.

_X_ Pretrial motions due:      **JUNE 7, 2006.**

_X_ Counsel advised of trial date:   **July 20, 2006.**

_X_  OTHER: _A Final Pretrial Conference set for_ **2:00 p.m.** _on_ **July 12, 2006.** _X_ _Order of Progression of a Criminal Case with a Trial Date_ **FILED.**

Off Record Note: Consent to Proceed before U.S. Magistrate Judge signed by Magistrate Judge Hall.

At 9:28 a.m. court adjourned.

DATE:__May 19, 2006__   DEPUTY CLERK'S INITIALS:_____mas_____