**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**        )<br>                                      )<br>          **Plaintiff,**             )<br>                                      )<br>**vs.**                               )<br>                                      )<br>**GEORGIA EDITH BLACKBURN**           )<br>                                      )<br>          **Defendant.**             ) | Case No. 4:06-cr-00020-TWH-1 |

### ENTRY OF APPEARANCE

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter. Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 23rd day of June 2006.

                                          EVE C. ZAMORA

                                          s/ Eve C. Zamora_____
                                          101 12th Avenue, Room 310
                                          Fairbanks, Alaska 99701
                                          Telephone: (907) 353-6561-6510
                                          Fax: (907) 353-6501
                                          MN Bar: 0297859