## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　)
　　　　　　　　　　　　　　)　Case No. 4:06-CR-00020-TWH
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)
GEORGIA E. BLACKBURN,　　　)
　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　)
_____ )

### JUDGMENT OF DISCHARGE
#### FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　X　The court has granted the motion of the government for dismissal without prejudice;
　__　The court has granted the motion of the defendant for a Judgment of Acquittal;
　__　A jury has been waived, and the court has found the defendant NOT GUILTY;
　__　The jury has returned its verdict, finding the defendant NOT GUILTY;
　__　(Other reason, or reasons, if any);of the offense(s) of as charged in count(s)　of the Information/Indictment/Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at FAIRBANKS, Alaska, this 11th day of August 2006.

REDACTED SIGNATURE

TERRANCE W. HALL, U.S. MAGISTRATE JUDGE

[Judgment_Blackburn_8.11.06.wpd](DISCHARG.WPD*Rev.2/97)